# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08-30062 |
| | ) | |
| THALAMUS ALEXANDER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

This Court now considers the Agreed Motion to Reduce Sentence, to which the United States Probation Office and the United States Attorney's Office have no objection. <u>See</u> d/e 33. For the reasons stated therein, the Agreed Motion to Reduce Sentence (d/e 33) is GRANTED. An Amended Judgment will be entered with a sentence of 71 months imprisonment. The Motion to Reduce Sentence filed July 7, 2011 (d/e

32) is DENIED AS MOOT.

 IT IS SO ORDERED.

ENTERED: November 2, 2011

FOR THE COURT:

$\qquad$ s/ Sue E. Myerscough $\qquad$
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE